UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,                    No.  16 CR 388  -(BMC )

v.                                            ORDER

HASSAN CHUNN
                                 Defendant.
--------------------------------------------------------x

ORDER DIRECTING THE COMPASSIONATE RELEASE
OF DEFENDANT HASSAN CHUNN UNDER 18 U.S.C. 3582(C)(1)
AS AMENDED BY THE FIRST STEP ACT, P.L. 115-391

      It is hereby ORDERED that defendant Hassan Chunn's motion for compassionate release is granted; and it is further

      ORDERED that defendant's sentence be modified to home incarceration; and it is further

      ORDERED that the warden of MDC , at 80 29th Street, Brooklyn NY, 11232 shall **forthwith** release from custody the person of defendant Hassan Chunn; and is it further

      ORDERED that defendant Hassan Chunn shall not spend 14 days in quarantine at MDC prior to his release, but shall be released immediately upon the institution's receipt of this Order, and shall instead be on home incarceration with the conditions as instructed and described by the Court; and it is further

      ORDERED that defendant Hassan Chunn shall abide by all the terms and conditions of home incarceration that were previously imposed one him and are memorialized in the transcript of the court and judgement of conviction; and it is further

      ORDERED that upon his release, defendant Hassan Chunn shall proceed immediately to 893 Belmont avenue, Brooklyn 11208  (the "Residence") where he shall reside during his term of home incarceration and supervised release; and it is further

ORDERED that defendant shall while on home incarceration shall not leave his home for any reason other than medical emergency.

Dated:	New York, New York
	April  8 , 2020

						Honorable Brian M. Cogan
						United States District Judge


BY ECF TO ALL COUNSEL
BY EMAIL AND FAX TO FCI NAME OF FACILITY, LOCATION